IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 22-cv-02651-CNS-NRN | Date:  January 4, 2023 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DOUGLAS SMITH BUILDERS LLC<br>**Plaintiff** | *Tanner Havens* |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA<br>**Defendant** | Holly White |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  10:01 a.m.

Appearance of counsel.

Argument as to [13] Motion to Dismiss Plaintiff's Complaint given by Ms. White and Mr. Havens.

As outlined on the record it is

**ORDERED:  [13] Motion to Dismiss Plaintiff's Complaint is DENIED.**

A scheduling conference has been set before Magistrate Judge Neureiter this month.

Court in Recess:  10:18 a.m.        Hearing concluded.        Total time in Court:  00:17