IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-02651-CNS-NRN | Date: April 15, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Erin Valenti |

| *Parties* | *Counsel* |
|---|---|
| DOUGLAS SMITH BUILDERS LLC<br>**Plaintiff**<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA<br>**Defendant** | *Robert Roetzel*<br><br><br><br>*Brian Spano*<br>*Holly White* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 2:32 p.m.

Appearance of counsel.

Argument as to [46] Defendant's Motion for Summary Judgment given by Ms. White and Mr. Roetzel with questions from the Court.

Discussion held on settlement efforts.

Continued argument given by Ms. White and Mr. Roetzel with questions from the Court.

As outlined on the record, it is

**ORDERED:  [46] Defendant's Motion for Summary Judgment is GRANTED.**

　　　　**Case is dismissed.**

Court in Recess:  3:18 p.m.          Hearing concluded.          Total time in Court:  00:46